UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JODY LYNN VON HAAR,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>CITY OF MOUNTAIN VIEW, TONY VIERYA, aka JOSE VIEYRA, TY ZEMLOK, FERNANDO MALDONADO, Does 1-100,<br><br>　　　　　　Defendants. | Case No.: 10-CV-02995-LHK<br><br>ORDER SETTING MOTION HEARING AND BRIEFING SCHEDULE |

On December 7, 2010, Defendants noticed a motion to dismiss Plaintiff's First Amended Complaint before Magistrate Judge Lloyd. Because the parties have declined to proceed before a magistrate judge, dispositive motions must be noticed before Judge Koh. Accordingly, the Court will reset the hearing on Defendants' motion to dismiss before Judge Koh on March 3, 2011, at 1:30 p.m. in Courtroom 4, 5th Floor, in the San Jose Courthouse. In addition, the Court sets the following briefing schedule:

　(1) Plaintiff's opposition is due January 13, 2011.

　(2) Defendants' reply is due January 27, 2011.

**IT IS SO ORDERED.**

Dated: December 13, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　United States District Judge

1