UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JODY LYNN VON HAAR, | Case No.: 10-CV-02995-LHK |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE |
| v. | |
| CITY OF MOUNTAIN VIEW, TONY VIERYA, aka JOSE VIEYRA, TY ZEMLOK, FERNANDO MALDONADO, Does 1-100, | |
| Defendants. | |

On September 7, 2011, Plaintiff, with her previous attorney William B. Look, Jr., filed an amended notice of voluntary dismissal with prejudice. In light of Mr. Look's subsequent temporary suspension from the practice of law, and this Court's finding that Mr. Look was in contempt of Court, this Court, in an abundance of caution, gave Plaintiff, who is now pro se, additional opportunities to prosecute her case.

On October 27, 2011, the Court held a hearing on Defendants' Motion to Dismiss with Prejudice for Lack of Prosecution, *see* Dkt. #50, and the Court's most recent Order to Show Cause Why the Case Should Not Be Dismissed for Failure to Prosecute, *see* Dkt. #44. Plaintiff did not file a response to either Defendants' Motion or the Court's Order to Show Cause. Plaintiff likewise failed to appear at the October 27, 2011 hearing. The Court hereby DISMISSES this action with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

1

Case No.: 10-CV-02995-LHK
ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE

Dated: October 27, 2011

_____
LUCY H. KOH
United States District Judge