UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JODY LYNN VON HAAR,<br><br>                 Plaintiff,<br>    v.<br><br>CITY OF MOUNTAIN VIEW, TONY VIERYA, aka JOSE VIEYRA, TY ZEMLOK, FERNANDO MALDONADO, Does 1-100,<br><br>                 Defendants. | Case No.: 10-CV-02995-LHK<br><br>ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME |

Former Plaintiff's Counsel William B. Look, Jr.'s ("Counsel") has submitted an *ex parte* application to advance the hearing date on his Motion for Relief Under Rule 60 to Purge Contempt ("Motion") from January 3, 2013. *See* ECF No. 63. Counsel's application is GRANTED. The hearing on Plaintiff's Motion shall be on Tuesday, November 6, 2012 at 3:30 p.m.

**IT IS SO ORDERED.**

Dated: October 22, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02995-LHK
ORDER GRANTING *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME